IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MONTA MARKJUES BROWN,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:15cv00414 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **HAROLD W. CLARKE,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendant's motion for summary judgment (Docket No. 19) is **GRANTED in part** as to Brown's grievance, retaliation, and cruel and unusual living conditions claims, and is **DISMISSED without prejudice in part** as to Brown's due process and free exercise of religion claims. The Clerk is **DIRECTED** to **TERMINATE** Ravizee, Fleming, Ponton, Hyder, Anderson, Coleman as defendants to this action. This case is **REFERRED** to the Honorable Robert S. Ballou, United States Magistrate Judge, for the purposes of mediation to be held within the next sixty days. The parties are advised that any information provided during the proceeding shall be treated confidentially in accordance with Local Civil Rule 83(e).

The Clerk is directed to send copies of this order to Brown, counsel for defendants, and the Honorable Robert S. Ballou, United States Magistrate Judge.

**ENTER**: This 31st day of August, 2016.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE